UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STATE FARM FIRE & CASUALTY INSUR. CO., A/S/O BRIAN TRAVIS AND SWARAJ FARM, LLC<br>　　　Plaintiff,<br><br>vs.<br><br>TWO GUN CONSTR., LLC, et als.<br>　　　Defendants. | Case Number: 1:22-cv-00063-PB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff and the defendants hereby stipulate and agree that all matters herein between them have been compromised and resolved and/or settled and that all claims and causes of action asserted in this litigation against the defendants or by the defendants against the plaintiffs should be dismissed with prejudice, without interest, costs, sanctions, or attorneys' fees to any party, and all rights of appeal are waived.

　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　State Farm Fire & Casualty Insur. Co. a/s/o Brian Travis and Swaraj Farm, LLC

　　　　　　　　　　　　　　　　　　By and through its attorneys,

Date:  12/27/2023　　　　　　　　　/s/ John P. Sherman
　　　　　　　　　　　　　　　　　　John P. Sherman, N.H. Bar No. 12536
　　　　　　　　　　　　　　　　　　Sherman Law PLLC
　　　　　　　　　　　　　　　　　　111 Bow Street, Unit #2
　　　　　　　　　　　　　　　　　　Portsmouth, NH 03801
　　　　　　　　　　　　　　　　　　(603) 570-4837
　　　　　　　　　　　　　　　　　　jsherman@johnshermanlaw.com

　　　　　　　　　　　　　　　　　　Of Counsel:

/s/ Matthew F. Nooone
MATTHEW F. NOONE, ESQUIRE
COZEN O'CONNOR
One Liberty Place 1650 Market Street
Philadelphia, PA 19103
(215)665-2192 (phone)
(215)701-2192 (fax)
mnoone@cozen.com

HEATH DESIGNS, LLC

By counsel,

/s/ Laura D. Devine.
Michael P. Johnson, N.H. Bar No. 17888
mjohnson@boyleshaughnessy.com
Laura D. Devine, Bar No. 265766
ldevine@boyleshaughnessy.com
Boyle Shaughnessy, P.C.
650 Elm Street, Suite 404
Manchester, NH 03101
(603) 668-6216

TWO GUN CONSTRUCTION, LLC

By counsel,

/s/ Elizabeth Hurley
Elizabeth Hurley, N.H. Bar No. 16851
Getman Schultess Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03014
(603) 623-4300

PELLET STOVE PLUS INSTALLATION AND SERVICE, LLC

By counsel,

/s/ Michael R. Mortimer
Michael R. Mortimer, N.H. Bar No. 1813
mmortimer@wadleighlaw.com
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
(603) 669-4140

SUPERIOR INSULATION, LLC

By its counsel,

/s/ Thomas (Toby) Bright
Thomas (Toby) Bright, N.H. Bar No. 270283
tbright@hmdrslaw.com
Hamel, Marcin, Dunn Reardon & Shea, P.C.
350 Lincoln Street, Suite 101
Hingham, MA  02043
(617) 482-0007

**CERTIFICATE OF SERVICE**

    This is to certify that counsel for each defendant has received a copy of this filing through the Court's ECF system.

Date:  12/27/2023                                         /s/ John P. Sherman